IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LUKE ESTES and JENNIFER ESTES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:20-MC-3930-WKW [WO] |
| 3M COMPANY, | ) ) | |
| Defendant. | ) | |

## **ORDER**

On December 29, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 17.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that 3M Company's Motion to Transfer Under Rule 45(f) (Doc. # 5) is GRANTED.

The Clerk of the Court is DIRECTED to transfer the Motion to Quash (Doc. # 1) to the United States District Court for the Northern District of Florida for disposition in connection with *In re 3M Combat Arms Earplugs Liability Litigation*, Case No. 3:19-MD-2885.

The Clerk of the Court is further DIRECTED to close this action.

DONE this 21st day of January, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE